**Curtis R. Rawlings, Esq.**
Nevada Bar No. 6790
BURGER, MEYER & D'ANGELO, LLP
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

Attorneys for Defendant
*Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISABEL SAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WAL-MART STORES; DOES I through XXX, inclusive, and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01436-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

Plaintiff, Isabel Sams, by and through her counsel of record, Daniel Tetreault, Esq. of Ladah Law Firm, and Defendant Walmart, Inc. ("Defendant") by and through its attorney of record, Curtis R. Rawlings, Esq. of Burger, Meyer, & D'Angelo, LLP, hereby submit the instant Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3.

**I.**

**PROCEDURAL HISTORY**

This lawsuit involves allegations that ISABEL SAMS suffered injuries relating to a slip and fall on Defendant's premises. On April 6, 2026, Plaintiff, filed her Complaint against Defendant, WALMART, INC., with the Eighth Judicial District Court for Clark County, Nevada, and on April 19, 2026, Defendant filed its Answer. On May 9, 2026, Defendant filed its Petition for Removal



BURGER, MEYER & D' ANGELO, LLP

and removed the matter to this Court based upon diversity jurisdiction. The parties participated in the FRCP Rule 26(f) conference and on June 11, 2026, this Court entered its Order on the parties' Discovery Plan and Scheduling Order [Document 13].

**II.**

**DISCOVERY COMPLETED**

**To date, Plaintiffs have completed the following discovery**:

- Plaintiff's FRCP 26 Initial Disclosure served June 24, 2026;
- Plaintiff's First Set of Requests for Admissions served July 16, 2026;
- Plaintiff's First Set of Interrogatories served July 16, 2026;
- Plaintiff's First Set of Requests for Production of Documents served July 16, 2026;
- Plaintiff's FRCP 26 Supplemental Disclosure served July 17, 2026
- Plaintiff's Responses to Defendant's Requests for Admissions served August 21, 2026;
- Plaintiff's Answers to Defendant's Interrogatories served August 21, 2026; and,
- Plaintiff's Responses to Defendant's Requests for Production of Documents served August 21, 2026;

**To date, Defendant has completed the following discovery**:

- Defendant's FRCP 26 Initial Disclosure served May 18, 2026;
- Defendant's First Set of Interrogatories to Plaintiff served July 5, 2026;
- Defendant's First Set of Requests for Admissions to Plaintiff served July 5, 2026;
- Defendant's First Set of Requests for Production of Documents served July 5, 2026;
- Defendant's Responses to Plaintiff's Requests for Admissions served August 15, 2026;
- Notice of Depositions Duces Tecum and Intent to Serve Subpoenas Duces Tecum (medical providers) served August 22, 2026;
- Defendant's FRCP 26 Supplemental Disclosure served September 2, 2026;
- Defendant's Answers to Plaintiff's Interrogatories served September 2, 2026;
- Defendant's Responses to Plaintiff's Requests for Production of Documents served September 2, 2026;



BURGER, MEYER & D' ANGELO, LLP

BURGER, MEYER & D' ANGELO, LLP

## III.

## DISCOVERY REMAINING TO BE COMPLETED

- Deposition of Plaintiff scheduled for November 11, 2026;
- Deposition of Defendant's PMK scheduled for November 16, 2026;
- Site inspection being currently scheduled;
- Depositions of Defendant's store employees currently being scheduled;
- Depositions of Plaintiff's treating providers:
- Initial expert designations;
- Rebuttal expert designations;
- Depositions of Initial and Rebuttal Experts; and,
- Additional written discovery as to all parties:
    - Based on the result of additional witness depositions, both parties may require additional written discovery.

Good cause exists under Local Rule 26-3 to extend the discovery deadlines by ninety (90) days. The parties have diligently been working to schedule all depositions as well as a site inspection. Unfortunately, a delay in discovery was necessary due to defense counsel being involved in a serious automobile accident on June 19, 2026 caused by a drunk driver and required multiple days in the hospital while he underwent surgery for a broken femur and broken hand, along with treatment for other injuries. As a result, a significant delay occurred while defense counsel recovered from his injuries. The parties are now working diligently to complete all discovery; however, the parties are discussing a mediation in hopes of resolving this matter without the need of expending substantial money for experts and expert depositions prior to attempting resolution.

Accordingly, good cause exists to extend the discovery deadlines by ninety (90) days. This request is timely under Local Rule 26-3 and is made not for purposes of delay, but to promote the fair adjudication of the case on its merits. No party will be prejudiced by the requested extension, and the parties remain committed to working cooperatively and in good faith to move the matter forward.

BURGER, MEYER & D' ANGELO, LLP

**IV.**

**PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE**

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff | 02/08/2027 | 05/07/2027 |
| Motions to Amend Pleadings/Add Parties | 11/06/2026 | 02/04/2027 |
| Initial Expert Disclosures: | 12/07/2026 | 03/08/2027 |
| Rebuttal Expert Disclosures: | 01/06/2027 | 04/07/2027 |
| Dispositive Motions: | 03/10/2027 | 06/07/2027 |
| Joint Pre-Trial Order: | 04/09/2027 | 07/07/2027 |

This is the first request for an extension of time in this matter and no trial date will be impacted by the extension as no trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this 5th day of November, 2026.

Respectfully submitted:

*/s/ Curtis Rawlings*
By:________________________
CURTIS RAWLINGS, ESQ.
Nevada Bar No.: 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorney for Defendant
Walmart, Inc.

DATED this 5th day of November, 2026.

Approved as to Form and Content:

*/s/ Daniel Tetreault*
By:________________________
DANIEL C. TETREAULT, ESQ.
Nevada Bar No.: 11473
517 S. Third Street
Las Vegas, Nevada 89101
Attorney for Plaintiff
Isabel Sams

**IT IS SO ORDERED.**

DATED this 6th day of November, 2026.

________________________
**UNITED STATES MAGISTRATE JUDGE**

**Shirley B. Martinez**

**From:** Daniel Tetreault <Daniel@ladahlaw.com>
**Sent:** Thursday, November 5, 2026 9:28 AM
**To:** Shirley B. Martinez; Julie Roberts
**Cc:** Curtis R. Rawlings
**Subject:** RE: Sams v. Walmart;

Thank you, you may affix my electronic signature.

Thank you.

**Daniel C. Tetreault, Esq. ■ Attoney At Law**

**Ladah Law Building ■ 517 South Third Street ■ Las Vegas, Nevada 89101**
**702.252.0055 (p) ■ 702.248.0055 (f) ■ www.ladahlaw.com**

The information in this e-mail is ATTORNEY PRIVILEGED AND CONFIDENTIAL, intended solely for use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**From:** Shirley B. Martinez <smartinez@burgermeyer.com>
**Sent:** Thursday, November 5, 2026 4:34 AM
**To:** Daniel Tetreault <Daniel@ladahlaw.com>; Julie Roberts <julier@ladahlaw.com>
**Cc:** Curtis R. Rawlings <Crawlings@burgermeyer.com>
**Subject:** FW: Sams v. Walmart;

Daniel:

I am following up on the Stipulation and Order to Extend Deadlines. Please let me know we have your permission to electronically sign your name. Thanks.

**Shirley B. Martinez**
**Paralegal**

**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th St., Suite 200
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Direct: (725) 258-5196
Email: smartinez@burgermeyer.com

**NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to Burger, Meyer & D'Angelo, LLP which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.**